| | | | |
|---|---|---|---|
| AUSA: | Ranya Elzein | Telephone: | (313) 226-9100 |
| Task Force Officer: | Andew White (FBI) | Telephone: | (313) 686-7244 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
**LASHA CHILDS**

Case No.

Case: 2:22−mj−30342
Assigned To : Unassigned
Assign. Date : 8/12/2022
Description: RE: LASHA CHILDS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 26, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michugan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Officer Andrew White, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __August 12, 2022__

_Judge's signature_

City and state: __Detroit, Michigan__    Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Agent Andrew White, having been duly sworn, state as follows:

1. I have been a Border Patrol Agent with the United States Border Patrol since August 2009. I am currently assigned as a federal Task Force Agent ("TFA") to the Federal Bureau of Investigation ("FBI"), Detroit FBI Violent Gang Task Force, and I participate in investigations into street gangs committing various violations of federal law, including narcotics and weapons trafficking and violent crime. Prior to my current assignment, I was assigned to a Michigan State Police narcotics task force for three years. During my time as a Task Force Agent, I investigated narcotics trafficking by violent criminal organizations. I also initiated investigations involving narcotics, human trafficking, and other activities of violent criminal organizations. I have participated in numerous investigations that resulted in the execution of federal search and arrest warrants.

2. This affidavit is being submitted in support of a criminal complaint alleging that LASHA CHILDS has violated 18 U.S.C. § 922(g) (Felon in Possession of Ammunition).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CHILDS

1

with the above-listed violation, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

4. On July 26, 2022, at approximately 4:20am, Ecorse police offers arrived at a residence in Ecorse, Michigan to respond to a call that a man had been shot. When they arrived, officers saw Witness #1 on the front porch holding Victim #1. Witness #1 and Victim #1 are both real people whose identities I know. Victim #1 had a gunshot wound in his neck and died from his injury later that day.

5. Officers also found a 9mm spent shell casing, bearing a "9mm Luger" headstamp, on the ground in front of the residence's front door.

6. Witness #1 told officers the following. Witness #1 was inside the residence and heard arguing at the front door. Witness #1 went outside to the porch and saw Victim #1 and a male that she knows as "Shock" arguing. At one point, she saw Shock place his hand on a weapon in his pants and heard Victim #1 ask Shock why Shock was grabbing his weapon. Shock replied by asking Victim #1 why Victim #1 was grabbing his own weapon. Shock then pulled out his firearm, shot Victim #1, and fled. Witness #1 also told officers that although she did not know Shock's real name, she had seen him several times before and would

recognize him.

7. An officer showed Witness #1 three photographs of LASHA CHILDS, and Witness #1 identified him as "Shock," the man who shot Victim #1.

8. Based on multiple interviews that I conducted with CHILDS in 2021, I know that CHILDS's nickname is "Shock." Additionally, associates and friends of CHILDS who I have interviewed in the past two years stated that CHILDS is known as "Shock" to them and uses the Instagram name "Shockdadon4."

9. On July 27, 2022, officers conducted a follow-up interview with Witness #1. Witness #1 explained that although both Victim #1 and Shock were each holding their firearms in their pockets, Shock drew his firearm and shot Witness #1. She said that Victim #1 then fell to the ground and his firearm fell out of his pants pocket.

10. Responding officers found a 9mm Glock firearm on the ground next to Victim #1's side. Officers test fired the Glock firearm at the ATF NIBIN unit. The spent shell casing from the ammunition fired during the test did not match the 9mm spent shell casing found in front of the residence's front door. There is therefore probable cause to believe that the spent shell casing did not come from Victim #1's firearm.

11. Before July 26, 2022, CHILDS was convicted of a felony offense,

3

which carries a maximum penalty of over one year in prison. Specifically, on October 10, 2019, CHILDS plead guilty to Carrying a Concealed Weapon in Case No. 19-008160 in the Third Circuit Judicial Court in Wayne County, Michigan. The court sentenced CHILDS to probation pursuant to the Holmes Youthful Trainee Act ("HYTA"). CHILDS violated that probation, however, and on November 15, 2021, the court revoked CHILDS' HYTA status, and his probation was closed.

12. On August 12, 2022, Special Agent Josh McLean, an interstate nexus expert with the Bureau of Alcohol, Tobacco, and Firearms, reviewed a photograph of the spent shell casing recovered at the scene and advised that the fired cartridge casing is ammunition as defined under 18 U.S.C. § 921 and manufactured outside the State of Michigan, and therefore has traveled in or affected interstate commerce.

13. Based on the above, there is probable cause to believe that on July 26, 2022, CHILDS shot Victim #1, that the shell casing found at the scene was ammunition that CHILDS used to shoot Victim #1, and that CHILDS therefore unlawfully possessed ammunition, in violation of 18 U.S.C. § 922(g).

Andrew White
Task Force Agent, FBI

Subscribed and sworn
before me and/or by reliable
electronic means

_____
Honorable David R. Grand
United States Magistrate Judge

Date: August 12, 2022